IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01597-BNB

THOMAS JOHNSON, # 103364,

Plaintiff,

v.

P.A. JOANN STOCK, Colorado Department of Corrections, Sterling Correctional Facility,
DR. GARY FORTUNATO, Colorado Department of Corrections, Sterling Correctional Facility, and
P.A. BRIAN WEBSTER, Colorado Department of Corrections, Sterling Correctional Facility, All of the Above Named Defendants in Their Official and Individual Capacities,

Defendants.

## ORDER OF DISMISSAL

Plaintiff Thomas Johnson is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. On July 22, 2008, Plaintiff filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on July 29, 2008, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file his claims on a Court-approved Prisoner Complaint form and to submit a certified copy of his trust fund account statement. Mr. Johnson was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 1), filed July 22, 2008, is DENIED as moot.

DATED at Denver, Colorado, this 11 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01597-BNB

Thomas Johnson
Prisoner No. 103364
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk